## HOUGHTON v. POTTER AND POTTER.

In this cause the judgment of the Supreme Court, reported 3 *Zab.*, 338, which was removed here to be reviewed, was unanimously affirmed by the court of errors.

[No opinion has been furnished the reporter.]

*For Affirmance*—THE CHANCELLOR, and Judges ARROWSMITH, HAINES, POTTS, VALENTINE, CORNELISON, OGDEN, RISLEY, and WILLS.